Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−23916−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn Michelle Rewoldt
   18 Cross Street
   Netcong, NJ 07857

Social Security No.:
   xxx−xx−4918

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 19, 2018
JAN: mg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dawn Michelle Rewoldt  
    Debtor

Case No. 18-23916-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2018  
                 Form ID: 148     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.
```
db            +Dawn Michelle Rewoldt,    18 Cross Street,    Netcong, NJ 07857-1420
517702461     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517639895      Citi Mortgage, Inc.,    PO Box 6728,    Sioux Falls, SD 57117-6728
517745364      CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
517639897     +Paris P. Eliades Law Firm, LLC,    48 Sparta Avenue,    Sparta, NJ 07871-1821
517639898      Phelan Hallinan & Diamond & Jones,    100 Fellowship Rd. #100,    Mt. Laurel, New Jersey 08054
517639899      Sears,    PO Box 78051,    Phoenix, Arizona 85062-8051
517639900      TD Bank,    TD Bank N.A.,    Lewiston, ME 04240-1377
517715792      TD Bank, N.A.,    Payment Processing, PO Box 10629,    Lewiston, ME, 04243
517669600     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 00:13:58     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 00:13:55     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517639894      EDI: BANKAMER.COM Sep 20 2018 03:38:00     Bank of America,    PO Box 15019,
                Wilmington, DE 19886-5019
517725155      EDI: CAPITALONE.COM Sep 20 2018 03:38:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
517750652      EDI: BL-BECKET.COM Sep 20 2018 03:38:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
517639896      EDI: CBSKOHLS.COM Sep 20 2018 03:38:00     KOHL*S,    PO Box 2983,   Milwaukee, WI 53201-2983
517752496      EDI: PRA.COM Sep 20 2018 03:38:00     Portfolio Recovery Associates, LLC,
                c/o Sears Mastercard,    POB 41067,   Norfolk VA 23541
517639901      EDI: TFSR.COM Sep 20 2018 03:38:00     Toyota Financial Services,    PO Box 5855,
                Carol Stream, Illinois 60197-5855
                                                                                                TOTAL: 8
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:
```
          Alexander J. Rinaldi    on behalf of Debtor Dawn Michelle Rewoldt jessica@srr-law.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```